UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-CR-321-D

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSE CABRERA-INZUNSA,
          aka Jose Luis Manchado,
          aka Jose Manuel Iriarte,
          aka Jose Iriarte-Cabrera,
          aka Jose Manuel Alarcon-Iriarte

      Defendant.
_____

### ORDER
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, February 8, 2006** and responses to these motions shall be filed by **Friday, February 20, 2006**.  It is

FURTHER ORDERED that a hearing on pending motions and final trial preparation conference is set for **Thursday, March 2, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is set to commence **Monday, March 13, 2006, at 9:00 a.m.**

Dated: January 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge