UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-cr-00321-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE CABRERA-INZUNSA,
        aka Jose Luis Manchado,
        aka Jose Manuel Iriarte,
        aka Jose Iriarte-Cabrera,
        aka Jose Manuel Alarcon-Iriarte

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Government's Unopposed Motion to Vacate Final Pretrial Conference and Motions Hearing Date and for an Enlargement of Time to Respond to Defense Motions (filed February 15, 2006). The Motion requests that the hearing on pending motions/final trial preparation conference be vacated, and that the Government be given a 45 day extension of time to respond to Defendant's motions.

The Government indicates as grounds for the motion that it wishes to coordinate this case with a case pending against Defendant in state court. Further, it is indicated that a continuance is warranted because it is likely this case will result in a disposition. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Government's Unopposed Motion to Vacate Final Pretrial Conference and Motions Hearing Date and for an Enlargement of Time to Respond to Defense Motions (filed February 15, 2006) is **GRANTED**.  In accordance therewith, it is

ORDERED that the hearing on pending motions and final trial preparation conference set March 7, 2006, at 4:00 is **VACATED**.  It is

FURTHER ORDERED that the Government is given a 45 day extension of time, up to and including **Monday, April 10, 2006**, to respond to Defendant's motions.  It is

FURTHER ORDERED that the trial currently set to commence on Monday, March 13, 2006 is **VACATED**.  It is

FURTHER ORDERED that the Speedy Trial Act deadlines are tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since Defendant has filed pretrial motions that have not yet been heard or decided.  Finally, it is

ORDERED that by no later than **Friday, April 7, 2006,** the parties shall contact the Court to obtain new dates for the hearing on pending motions and/or change of plea hearing if the parties have reached a disposition of this matter.

Dated:  February 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge